

**City of Ypsilanti**

Community and Economic Development

December 13, 2019

Déjà Vu
31 N. Washington St.
Ypsilanti, MI 48197

**RE: Expansion of nonconforming use at 31 N. Washington St. (11-11-40-484-001)**

Dear Déjà Vu,

Déjà Vu, at 31 N. Washington St. "the Property", contains Adult Regulated Uses that are not allowed in Center ("C") Zoning Districts as Permitted Uses nor as Special Uses. Therefore, these uses are defined as nonconforming uses, subject to Section 122-349 of the City of Ypsilanti Zoning Ordinance.

City staff observes an illegal expansion of the nonconforming use has occurred. This is based on a walkthrough of the Property conducted on November 11, 2019. Several rooms/spaces have changed without proper approvals/permits (please see Exhibit A, attached). The floor plan has been modified in such a manner that has relocated the dressing room to the basement floor, an area determined in previous floor plans as "currently basement is not used." Additionally, it appeared that new walls were constructed in the basement below the stage area. These overall changes to the floor plan are in violation of the City of Ypsilanti Zoning Ordinance §122-349(b)(1) and §122-349(b)(3):

*City of Ypsilanti Zoning Ordinance §122-349*
*(b) Expansion of class B nonconforming use.*
  *(1) The nonconforming use of any part of a building or structure must not be expanded or extended into any other portion of such building or structure.*
  *(2) No visible structural alteration must be made to the building or structure devoted to a nonconforming use, except repairs and maintenance work which are required to keep such building in sound condition or as required by law.*
  *(3) An existing structure containing a nonconforming use shall not be enlarged, constructed, reconstructed, moved or structurally altered or extended, unless the use is changed to a use which is permitted in the district in which the structure is located.*

Because this is a nonconforming use, the floor plan should restore to how it has existed in the past. The City requires another inspection of the Property, including the basement. Please contact me at 734-483-9646 with any questions. The entire text of the Zoning Ordinance is available on our website, at http://cityofypsilanti.com/zoning.

Sincerely,

Joe Meyers
Director, Community and Economic Development Department

CC:   Building Occupant
      Building Department
      File

## EXHIBIT A

Exhibit A compares what City staff previously understood to be the existing floor plan to what was observed on the November 11, 2019 walkthrough. The space/room designations were annotated on the floor plan diagram by City staff. Spaces "C", "E", "F", and "K" have changed without approvals/permits.

| Space/Room | Existing Floor Plan Diagram (see following pages) | Observed on November 11, 2019 Walkthrough |
|---|---|---|
| A | Existing seating area, stage, storage, bar and DJ booth | Same |
| B | Private dance area | Same |
| C | Women's restroom with shower | **Storage room** |
| D | Men's and women's restrooms | Same |
| E | Existing dressing room | **Offices under construction** |
| F | Existing book store | **Club entrance with offices under construction and cash register** |
| G | Existing business | AM radio station |
| H | Existing office | Same |
| I | Vacant space | Same |
| J | Video viewing booths | Same |
| K | "Currently basement is not used" | **Area being used as dressing room with shower** |
| L | "Currently second floor is not used" | Same |





Basement Plan
Scale: 1/8"=1'-0"

4

**EXHIBIT D**
**Page 4**

