

**City of Ypsilanti**
Code Enforcement

## Clean Up Notice

10/06/2020

MIC LIMITED
8252 E. LANSING RD
DURAND MI 48429

OCT 0 8 2020

Dear Owner/ Agent:

**SUBJECT:** Property Maintenance Violations at 29 N WASHINGTON

We are trying hard to improve the appearance of Ypsilanti and make it a better place to live. The Ypsilanti City Council has requested that all property owners dutifully follow the City Ordinances.

Your property was in violation of Chapter 42, Section 74, of the Ypsilanti City Code. The Ordinance reads pertinent part:

> **Sec. 42-74. - Maintenance of exterior of premises.**
>
> **The owner or person in control of any private property shall, at all times, maintain the exterior of the premises free of litter; provided however, that this section shall not prohibit the storage of litter in private receptacles for collection.**

<u>Complaint(s):</u>
Trash in doorway on the east side of this property

Litter means all rubbish, refuse, waste material, garbage, offal, paper, glass, cans, bottles, trash, debris, wrecked, scrapped or abandoned vehicles, rags, scrap metal, scrap plumbing parts; broken and/or used indoor appliances, furniture, overstuffed furniture when not fully enclosed in a structure; or parts of any of the foregoing or similar property.

**The property is scheduled for re-inspection on 10/19/2020.** If the violations mentioned above are not corrected by the re-inspection date, the City's independent contractor will be hired to correct these violations with all costs for service billed to the property owner.

If you have any questions regarding this matter, please contact me Monday through Friday between the hours of 8:00 - 9:00 a.m. and 1:00 - 2:00 p.m. @ (734) 482-2061

Sincerely,

CITY OF YPSILANTI

*James Jackson*

James Jackson
Ordinance Enforcement Officer

---

1 South Huron St.  Tel (734) 482-9626  www.cityofypsilanti.com
Ypsilanti, MI 48197  Fax (734) 483-7260

**EXHIBIT E**
**Page 1**