## EGRESS PLAN
3/32" = 1'-0"  NORTH

NO WORK TO BE DONE IN SHADED AREA

### LIFE SAFTEY LEGEND
- PATH OF EGRESS TRAVEL
- EMERGENCY LIGHT W/ BATT. BACKUP
- REMOTE EMERGENCY EGRESS LIGHT W/ BATT. BACKUP
- EMERGENCY LIGHT
- EXIT SIGN
- DIRECTIONAL EXIT SIGN

## OVERALL FLOOR PLAN
1/8" = 1'-0"  NORTH

Existing features noted: EXISTING SHOW BAR, EXISTING COUCH CAVES, EXISTING PEEP ROOM, OFFICE, CLERK COUNTER, NEW DRESSING RM., 12"x15" LOCKER (TYP. OF 55), EXIST. FIRE DOOR & FRAME TO REMAIN, EXISTING WALL TO BE REMOVED, EXISTING PLUMBING FIXTURES TO BE REMOVED. CAP ALL ABANDONED LINES AS REQUIRED, REMOVE PORTION OF EXISTING WALL AND PROVIDE NEW 3 HOUR FIRE BARRIER, PROVIDE NEW 3 HOUR FIRE BARRIER, EXISTING 3 HOUR FIRE BARRIER, LINE OF EXISTING 3 HR. FIRE BARRIER, REMOVE AND REPLACE ALL FIRE DAMAGED WALLS AND REPLACE WITH NEW (TYPICAL)

## ROOM FINISH SCHEDULE

| # | Name | Floor Finish | Base Finish | Wall Finish | Ceiling Finish | Area | Comments |
|---|------|--------------|-------------|-------------|----------------|------|----------|
| 101 | ENTRY | C. TILE | C.TILE | DRYWALL PAINTED | 2'-0" x 2'-0" LAY-IN | 551 SF | |
| 102 | OFFICE | CARPET | VINYL | DRYWALL PAINTED | 2'-0" x 2'-0" LAY-IN | 182 SF | |
| 103 | CLO. | CARPET | VINYL | DRYWALL PAINTED | 2'-0" x 2'-0" LAY-IN | 21 SF | |
| 104 | CHANGING ROOM | LVT | VINYL | DRYWALL PAINTED | 2'-0" x 2'-0" LAY-IN | 474 SF | |
| 105 | V.I.P. | LVT | VINYL | DRYWALL PAINTED | 2'-0" x 2'-0" LAY-IN | 795 SF | |

5

## DOOR SCHEDULE

| MARK | HEIGHT | WIDTH | FIRE RATING | PANEL MATERIAL | FRAME MATERIAL | HARDWARE SET | CARD ACCESS | GASKET | WEATHER PACKAGE | DOOR STOP | B.F. HARDWARE |
|------|--------|-------|-------------|----------------|----------------|--------------|-------------|--------|-----------------|-----------|---------------|
| 102A | 6'-8" | 3'-0" | | S.C. WOOD | H.M. | 1 | | | | X | X |
| 103A | 6'-8" | 3'-0" | | S.C. WOOD | H.M. | 2 | | | | X | X |
| 104A | 6'-8" | 3'-0" | | S.C. WOOD | H.M. | 2 | | | | X | X |
| 105A | 6'-8" | 3'-0" | 3HR | S.C. WOOD | H.M. | 2 | | X | | X | X |
| 105B | 6'-8" | 6'-0" | | METAL | N/A | 3 | | | | | X |
| 105C | 6'-8" | 6'-0" | | METAL | N/A | 3 | | | | | X |
| 105D | 6'-8" | 6'-0" | | METAL | N/A | 3 | | | | | X |
| 105E | 6'-8" | 6'-0" | | METAL | N/A | 3 | | | | | X |
| 105F | 6'-8" | 6'-0" | | METAL | N/A | 3 | | | | | X |
| 105G | 6'-8" | 6'-0" | | METAL | H.M. | 3 | | | | | X |
| 105H | 6'-8" | 6'-0" | | METAL | N/A | 3 | | | | | X |

Grand total: 11

## HARDWARE SETS

**SET #1**
- 1.5 EA. BALL BEARING SELF CLOSING HINGES
- 1 EA. LOCKSET HARDWARE
- 1 EA. DOOR STOP

**SET #2**
- 1.5 EA. BALL BEARING HINGES
- 1 EA. PASSAGE HARDWARE
- 1 EA. DOOR STOP

**SET #3**
- 1 EA. PASSAGE HARDWARE
- 1 EA. NON-BINDING TRACK

## UL U426 DETAIL

**INTERIOR PARTITIONS:** STEEL STUD (LOAD-BEARING)
- FIRE RATING: 3 HOUR
- STC: N/A
- SOUND TEST: N/A
- SYSTEM THICKNESS: 7-1/2"

### GENERAL NOTES:
1. SEE COMPLETE UL SPECIFICATION, SHEET A102
2. BE SURE TO FOLLOW UL SCREW PATTERN SPECIFICATION
3. CONTRACTOR TO FOLLOW INSPECTION PROTOCAL PER CITY REQUIREMENTS




### ASSEMBLY OPTIONS:
- GYPSUM BOARD: FOUR LAYERS OF 1/2 IN. THICK GYPSUM BOARD APPLIED HORIZONTALLY OR VERTICALLY.
- STEEL STUDS: 3-1/2 IN. DEEP, 20 GA. SPACED MAX. 24 IN. O.C.
- GYPSUM BOARD: FOUR LAYERS OF 1/2 IN. THICK GYPSUM BOARD APPLIED HORIZONTALLY OR VERTICALLY.

## INTERIOR FINISH NOTES

1.) FLUSH SOLID CORE DOORS SHALL BE PRE-FINISHED AS MANUFACTURED BY MOHAWK.

2.) METAL DOORS (TO BE PAINTED)
DOORS SHALL BE 1-3/4" THICK, FORMED OF 20 GAUGE, COLD ROLLED, PRIME QUALITY STEEL EQUAL TO STEELCRAFT L-20 DOORS. FULL FLUSH PANEL.

3.) ALUMINUM ENTRANCE DOORS & FRAMED TO BE MANUFACTURED BY TUBELITE OR KAWNEER, COLOR: CLEAR ANODIZED

4.) METAL FRAMES (TO BE PAINTED)
METAL DOOR FRAMES FOR 1-3/4" DOORS SHALL BE MADE OF 16 GAUGE COLD ROLLED PRIME QUALITY STEEL EQUAL TO STEELCRAFT F-16 FLUSH FRAMES. SIZE AS SHOWN ON DRAWINGS.

5.) METAL DRYWALL FRAMES (TO BE PAINTED)
METAL DOOR FRAMES FOR 1-3/4" DOORS SHALL BE FABRICATED FROM 16 GAUGE COLD ROLLED QUALITY STEEL EQUAL TO STEELCRAFT DW-16 DRYWALL FRAMES.

6.) HARDWARE:
ALL HARDWARE SHALL BE YALE 5400LN SERIES PACIFIC BEACH BRUSHED ALUMINUM SURFACE
ALL CLOSERS SHALL BE MANUFACTURED BY LCN CLOSERS, DIVISION OF SCHLAGE LOCK CO.
WALL OR FLOOR BUMPERS SHALL BE INSTALLED AT EVERY DOOR AND SHALL BE AS MANUFACTURED BY RUSSWIN OR EQUAL.

7.) WALL BASE TO BE SOLID WOOD TO MATCH WALL FINISH.

8.) PAINTING:
SHERWIN WILLIAMS, PRIMER; "PREP-RITE" CLASSIC INTERIOR LATEX PRIMER WHITE
GALVANIZED METAL: LATEX, SEMI-GLOSS, EGG SHELL, FLAT FINISH
FERROUS METAL: LATEX, SEMI-GLOSS, EGG SHELL SATIN, FLAT FINISH
GALVANIZED, CEILINGS, DUCTWORK: DRYFALL WATERBORNE ENAMEL, EGG SHELL FINISH
DRYWALL: LATEX; SEMI-GLOSS, EGG SHELL, FLAT FINISH
MASONRY: EPOXY; (WATER BASE) GLOSS FINISH
WOOD, WALLS, CLGS, DOORS & TRIMS: LATEX; SEMI-GLOSS, EGG SHELL, FLAT FINISH

9.) CEILINGS:
AS INDICATED ON REFLECTED CEILING PLAN

10.) SPECIAL ITEMS:
RESTROOM COUNTER TOPS & BACKSPLASH: COLORS AS SPECIFIED.
FURNITURE SHOWN WILL BE SPECIFIED BY OWNER

11.) PROVIDE CORNER GUARDS @ ALL 90 DEG CORNERS

12.) RESTROOM:
HAND DRYER: XLERATOR, MODEL #XL-SB, BRUSHED STAINLESS STEEL COVER
"BOBRICK" SOAP DISPENSERS B 8266, GRAB BARS, #B-360P, PROVIDE DBL-ROLL SURFACE MOUNT PAPER DISPENSER #B-27460
SURFACE MOUNT SANITARY NAPKIN DISPOSAL #B-270, ST STL GRAB BARS
#B-490 SERIES BOBRICK FRAMELESS ST STL MIRROR #B-1556

13.) JANITOR ROOM: MOP HOLDERS: #B-224, PAIL HOOK: #B-220, HOSE HOLDER #B-640

14.) SIGNAGE: RAISED LETTER SIGNAGE WITH BRAILLE AT ENTRIES, RESTROOMS, JANITOR CLOSET, AND MECHANICAL ROOMS

15.) PROVIDE FIRE EXTINGUISHERS AND RECESS CABINETS AS REQUIRED.

16.) SEE PLUMBING DRAWING FOR SPECIFIED FIXTURES.

## INTERIOR FINISH MATERIALS

ALL INTERIOR FINISHES TO MEET CHAPTER 8 OF THE M.B.C. FINISH MATERIALS ARE TO BE CLASSIFIED IN ACCORDANCE WITH ASTM E 84 OR UL 723 AND ARE TO HOLD MATERIAL SMOKE DEVELOPMENT INDEXES AS SHOWN BELOW FOR EACH INTERIOR OCCUPIED SPACE:

INTERIOR EXIT STAIRWAYS, EXIT RAMPS, AND EXIT PASSAGEWAYS = **CLASS A**

CORRIDORS AND ENCLOSURE FOR EXIT ACCESS STAIRWAYS AND EXIT ACCESS RAMPS = **CLASS A**

ROOMS AND ENCLOSED SPACES = **CLASS B**

MATERIAL SMOKE DEVELOPMENT INDEXES:

**CLASS A:** FLAME SPREAD INDEX: 0-25
SMOKE DEVELOPMENT INDEX: 0-450

**CLASS B:** FLAME SPREAD INDEX: 26-75
SMOKE DEVELOPMENT INDEX: 0-450

**CLASS C:** FLAME SPREAD INDEX: 76-200
SMOKE DEVELOPMENT INDEX: 0-450



AREA OF WORK (2,123 SF. +/-)



## KEY PLAN
1" = 30'-0"  NORTH

---

**AMAG** 4448 West Bristol Road, Suite 200, Flint, MI 48507 PH: (810) 230-7031

**MOLTUS BUILDING GROUP**

PROPOSED INTERIOR REMODEL FOR:
**DEJA VU YPSILANTI**
31 N. WASHINGTON STREET, YPSILANTI, MICHIGAN 48197

Project Phase:
- Design
- Permit ☒
- Construction

Date: 01-18-21
Rev. 1 — FOR BUILDING PERMIT — 1/18/2021 1:49:35 PM

Project #: 19022
Drawn by: rle
Checked by: jla

**FLOOR PLANS**

Sheet: **A101**

