| | |
|---|---|
| **From:** | Gary Wrubel |
| **To:** | Meyers, Joe |
| **Cc:** | Chris; Joe Stec; Matt Hoffer; Justin Lipscomb |
| **Subject:** | RE: Deja Vu Floor Plan Review |
| **Date:** | Friday, February 12, 2021 11:25:24 AM |
| **Attachments:** | image001.gif<br>image002.jpg<br>image003.jpg |

Hey Joe,
Thank you for the quick response and I appreciate it.
Have a great weekend

**Gary Wrubel | Project Manager**

Moltus Building Group

3200 James Savage Rd., Suite 4

Midland, Michigan  48642

www.moltusbuild.com

g.wrubel@moltusbuild.com



Phone: 989-486-9330

Cell: 989-898-8160

Fax: 888-886-4523

moltuslogo1



**From:** Meyers, Joe <jmeyers@cityofypsilanti.com>
**Sent:** Friday, February 12, 2021 11:22 AM
**To:** Gary Wrubel <g.wrubel@moltusbuild.com>
**Cc:** Chris <chriscorwin5@gmail.com>; Joe Stec <j.stec@moltusbuild.com>; matt@bradshaferlaw.com; Justin Lipscomb <j.lipscomb@moltusbuild.com>
**Subject:** RE: Deja Vu Floor Plan Review

Good Morning Gary,
We are working with our attorney on many items as it pertains to 31 N. Washington. He has indicated that for now we are not to issue permits on this site. I will let you know when I have more information.
Joe

**EXHIBIT H**

**Page 1**



Joe Meyers
Director of Economic Development
City of Ypsilanti
734.482.9774 Office
231.350.2547 Cell
jmeyers@cityofypsilanti.com
www.cityofypsilanti.com

**From:** Gary Wrubel <g.wrubel@moltusbuild.com>
**Sent:** Friday, February 12, 2021 11:19 AM
**To:** Meyers, Joe <jmeyers@cityofypsilanti.com>
**Cc:** Chris <chriscorwin5@gmail.com>; Joe Stec <j.stec@moltusbuild.com>; matt@bradshaferlaw.com; Justin Lipscomb <j.lipscomb@moltusbuild.com>
**Subject:** Deja Vu Floor Plan Review

Joe,
I inquired on the status of the revised floor plan for review from our project at 31 N. Washington Ave. I spoke to the building official Kurt and he referred me to you in an email.
We were told by the clerk when we submitted the plans on 1-22-2021, that we would receive comments back in one week
Can you provide us an update on your review?
Thank you for your time

**Gary Wrubel | Project Manager**
Moltus Building Group
3200 James Savage Rd., Suite 4
Midland, Michigan  48642
www.moltusbuild.com
g.wrubel@moltusbuild.com

Phone: 989-486-9330
Cell: 989-898-8160
Fax: 888-886-4523

moltuslogo1



**EXHIBIT H**
**Page 2**

**EXHIBIT H**
**Page 3**