MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ypsilanti Art Theatre Corp., et al.

      Plaintiff(s),             Case No.

v.             Judge

            Magistrate Judge

City of Ypsilanti, et al.
      Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Ypsilanti Art Theatre Corp.__
                                                                  [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❏      No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❏      No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: May 4, 2021             /s/ Matthew J Hoffer, Shafer & Associates, P.C.
                                              Signature
                                              P70495
                                              Bar No.
                                              3800 Capital City Boulevard
                                              Street Address
                                              Lansing, MI 48906
                                              City, State, Zip Code
                                              517-886-6560
                                              Telephone Number
                                              Matt@BradShaferLaw.com
                                              Primary Email Address