# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| YPSILANTI ART THEATRE CORP., d/b/a Deja Vu Showgirls Ypsilanti; and M.I.C. LIMITED INC., | |
| Plaintiffs, | Case No.: 5:21-cv-10982 |
| v. | Hon. Judith E. Levy |
| CITY OF YPSILANTI; CITY OF YPSILANTI PLANNING COMMISSION; ANDY AAMODT, in his Official Capacity as the City Planner; and JOE MEYERS, in his Official Capacity as the City of Ypsilanti Director of Economic Development, | Hon. Anthony P. Patti  by referral |
| Defendants. | |

---

### STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS [Doc. 9].

---

Matthew J. Hoffer (P70495)
Matt@BradShaferLaw.com
Zachary M. Youngsma (P84148)
Zack@BradShaferLaw.com
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Suite 2
Lansing, Michigan, 48906
T: 517-886-6560
F: 517-886-6565

*Attorneys for Plaintiffs*

Lauri B. Stewart (P55014)
Kerr, Russell and Weber, PLC
500 Woodward, Suite 2500
Detroit, MI 48226
T: 313-961-0200
lstewart@kerr-russell.com

Scott D. Bergthold (TN 023186)
Law Office of Scott D. Bergthold, P.L.L.C.
2290 Ogletree Ave., Suite 106
Chattanooga, TN 37421
T: 423-899-3025
sbergthold@sdblawfirm.com

*Attorneys for Defendants*

NOW COME all the above-captioned parties and pursuant to Fed. R. Civ. P. 6(b)(1) hereby submit this stipulated order extending Plaintiffs an additional 7-days to respond to Defendants' Motion to Dismiss [Doc. 9], such that Plaintiffs' response is due on or before July 27, 2021.

1. Defendants' Motion to Dismiss [Doc. 9] (the "Motion") was filed on July 6, 2021.

2. Pursuant to E. D. Mich. LR 7.1, since the Motion was not strictly predicated on Fed. R. Civ. P. 12(b), Defendants' response to the motion is due within fourteen (14) days, on or before July 20, 2021.

3. Plaintiffs' Motion seeks dismissal via abstention under <u>Younger v. Harris</u>, 401 U.S. 37 (1971). Plaintiffs require a small extension of time to fully respond to the issues raised by the Motion.

4. The present motion is not submitted for improper delay and will not unfairly prejudice any party.

**THE PARTIES HEREBY STIPULATE AND AGREE:**

5. Plaintiffs' response to the Motion shall be timely if filed on or before July 27, 2021.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 20, 2021  　　　　　　　　　　*/s/ Matthew J. Hoffer*
　　　　　　　　　　　　　　　　　　　Matthew J. Hoffer (P70495)
　　　　　　　　　　　　　　　　　　　Matt@BradShaferLaw.com
　　　　　　　　　　　　　　　　　　　Zachary M. Youngsma (P84148)
　　　　　　　　　　　　　　　　　　　Zack@BradShaferLaw.com
　　　　　　　　　　　　　　　　　　　**SHAFER & ASSOCIATES, P.C.**
　　　　　　　　　　　　　　　　　　　3800 Capital City Blvd., Suite 2
　　　　　　　　　　　　　　　　　　　Lansing, Michigan, 48906
　　　　　　　　　　　　　　　　　　　T: 517-886-6560
　　　　　　　　　　　　　　　　　　　F: 517-886-6565

|  |  |
|---|---|
|  | *Attorneys for Plaintiffs*<br>*Ypsilanti Art Theatre Corp., and*<br>*M.I.C. Limited Inc.* |
| Dated: July 20, 2021 | */s/ Lauri B. Stewart (w/ perm. MJH)*<br>Lauri B. Stewart (P55014)<br>Kerr, Russell and Weber, PLC<br>500 Woodward, Suite 2500<br>Detroit, MI 48226<br>T: 313-961-0200<br>lstewart@kerr-russell.com |

**IT IS SO ORDERED.**

Date: July 20, 2021              s/Judith E. Levy
                                 JUDITH E. LEVY
                                 United States District Judge