# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

YPSILANTI ART THEATRE CORP.,
d/b/a Deja Vu Showgirls Ypsilanti;
and M.I.C. LIMITED, INC.,

    Plaintiffs,

v.

CITY OF YPSILANTI; CITY OF
YPSILANTI PLANNING
COMMISSION; ANDY AAMODT,
in his official capacity as the City
Planner; and JOE MEYERS, in his
official capacity as the City of
Ypsilanti Director of Economic
Development,

    Defendants.

Case No. 5:21-cv-10982
Hon. Judith E. Levy
Magistrate Judge Anthony P. Patti

---

| | |
|---|---|
| Matthew J. Hoffer (P70495)<br>Zachary M. Youngsma (P84148)<br>Shafer & Associates, P.C.<br>3800 Capital City Blvd., Suite 2<br>Lansing, Michigan 48906<br>(517) 886-6560<br>Matt@BradShaferLaw.com<br>Zack@BradShaferLaw.com<br><br>*Attorneys for Plaintiffs* | Lauri B. Stewart (P55014)<br>Kerr, Russell and Weber, PLC<br>500 Woodward, Suite 2500<br>Detroit, MI 48226<br>(313) 961-0200<br>lstewart@kerr-russell.com<br><br>Scott D. Bergthold (TN 023186)<br>Law Office of Scott D. Bergthold, P.L.L.C.<br>2290 Ogletree Ave., Suite 106<br>Chattanooga, TN 37421<br>(423) 899-3025<br>sbergthold@sdblawfirm.com<br><br>*Attorneys for Defendants* |

**MOTION FOR WITHDRAWAL OF ATTORNEY SCOTT D. BERGTHOLD**

Attorney Scott D. Bergthold, pursuant to E.D. Mich. LR 83.25(b)(2), moves the Court for leave to withdraw, with the consent of the Defendants, his appearance on behalf of Defendants City of Ypsilanti, City of Ypsilanti Planning Commission, Andy Aamodt, and Joe Meyers. Defendants will continue to be represented by Lauri B. Stewart and the firm of Kerr, Russell and Weber, PLC. Per E.D. Mich. LR-Appendix ECF R11(b), counsel requests that relief be granted by text-only order.

Dated: October 12, 2021              Respectfully submitted,

/s/ *Scott D. Bergthold*
Scott D. Bergthold (TN 023186)
Law Office of Scott D. Bergthold, P.L.L.C.
2290 Ogletree Ave., Suite 106
Chattanooga, TN 37421
(423) 899-3025
sbergthold@sdblawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of said filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

/s/ *Scott D. Bergthold*
Scott D. Bergthold (TN 023186)
Law Office of Scott D. Bergthold, P.L.L.C.