UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ypsilanti Art Theatre Corp., *et al.*,

          Plaintiffs,

v.

City of Ypsilanti, *et al.*,

          Defendants.

Case No. 21-cv-10982

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

_____/

ORDER GRANTING IN PART DEFENDANTS'
MOTION TO DISMISS [9] AND STAYING THE CASE

This case is before the Court on the motion to dismiss filed by Defendants City of Ypsilanti, City of Ypsilanti Planning Commission, City of Ypsilanti City Planner Andy Aamodt, and City of Ypsilanti Director of Economic Development Joe Meyers. (ECF No. 9.) On October 21, 2021, a hearing was held and oral argument was heard. For the reasons set forth on the record, Defendants' motion is GRANTED IN PART. The Court abstains from this case under *Younger v. Harris*, 401 U.S. 37 (1971), and the case is STAYED. The parties are ORDERED to

file a joint status report on the state court case in six months from the date of this order.

    IT IS SO ORDERED.

Dated: October 22, 2021          s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                       United States District Judge