UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YPSILANTI ART THEATRE CORP., d/b/a Déjà vu Showgirls Ypsilanti; and M.I.C. LIMITED, INC., <br><br>　　Plaintiffs,<br>vs.<br><br>CITY OF YPSILANTI; CITY OF YPSILANTI PLANNING COMMISSION; ANDY AAMODT, in his official capacity as the City Planner; and JOE MEYERS, in his official capacity as the City of Ypsilanti Director of Economic Development,<br><br>　　Defendants. | Case No.: 5:21-cv-10982<br>Hon. Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

| | |
|---|---|
| Matthew J. Hoffer (P70495)<br>Zachary M. Youngsma (P84148)<br>SHAFER & ASSOCIATES, P.C.<br>3800 Capital City Blvd., Suite 2<br>Lansing, Michigan, 48906<br>(517) 886-6560; Fax: (517) 886-6565<br>Matt@BradShaferLaw.com<br>Zack@BradShaferLaw.com<br>*Attorneys for Plaintiffs* | Lauri B. Stewart (P55014)<br>KERR, RUSSELL AND WEBER, PLC<br>500 Woodward, Suite 2500<br>Detroit, MI 48226<br>(313) 961-0200<br>lstewart@kerr-russell.com<br>Attorneys for Defendants |

# **JOINT STATUS REPORT**

Pursuant to the Order of this Court dated October 22, 2021, the above-entitled parties, through their respective attorneys of record, here by submit the following Joint Status Report:

The state court case, Case No. 21-000696-CE, pending before the Honorable Carol Kuhnke, remains pending. The parties have continued to

{39016/41/D1712424.DOCX;1}

actively engage in settlement negotiations. The Motion to Dismiss filed by MIC Limited Inc., Ypsilanti Art Theatre Corp, d/b/a Déjà vu Showgirls, International Amusement, has been adjourned several times to accommodate settlement negotiations. The Motion is currently scheduled for hearing on May 4, 2022. If settlement negotiations continue at that time, the Motion will again be adjourned. It is expected that the Motion will be heard if or when there is a breakdown in settlement negotiations.

Respectfully Submitted,

By:  /s/ Matthew J. Hoffer (with consent)
    Matthew J. Hoffer (P70495)
SHAFER & ASSOCIATES, P.C.
3800 Capital City Blvd., Suite 2
Lansing, Michigan, 48906
(517) 886-6560; Fax: (517) 886-6565
Matt@BradShaferLaw.com
Attorneys for Plaintiffs

By:  /s/ Kimberly L. Scott (with consent)
    Kimberly L. Scott (P69706)
MILLER CANFIELD PADDOCK AND STONE, PLC
101 North Main Street, 7th Floor
Ann Arbor, MI 48104
(734) 668-7696
scott@millercanfield.com
Attorney for Plaintiff

By:  /s/Lauri B. Stewart
    Lauri B. Stewart (P55014)
KERR, RUSSELL AND WEBER, PLC
500 Woodward, Suite 2500
Detroit, MI 48226
(313) 961-0200
lstewart@kerr-russell.com
Attorneys for Defendants

Dated: April 22, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                              */s/Crystal R. Maynor*
                                              Crystal R. Maynor
                                              Legal Assistant
                                              Kerr, Russell and Weber, PLC